UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MERITAGE HOMES OF NEVADA, INC., an Arizona corporation, f/k/a MITH-HOMES NEVADA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST ANTIONAL BANK OF NEVADA, SUCCESSOR-IN-INTEREST TO FIRST NATIONAL BANK OF ARIZONA, INCA CAPITAL FUND 37, LLC, and Arizona limited liability company.<br><br>Defendant. | 2:09-CR-01950-PMP-RJJ<br><br>**ORDER** |

Before the Court for consideration is Plaintiff Meritage Homes of Nevada, Inc.'s Motion for Attorneys' Fees (Doc. #21), filed on August 3, 2010. There being no opposition thereto, and good cause appearing,

**IT IS ORDERED that** Plaintiff Meritage Homes of Nevada, Inc.'s Motion for Attorneys' Fees (Doc. #21) is **GRANTED**, and Plaintiff is hereby awarded attorneys' fees in the amount of $**18,644.50**, payable within 30 days of the date of this Order.

DATED: August 30, 2010.

_____
PHILIP M. PRO
United States District Judge