⚖AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Meritage Homes of Nevada Inc

　　　　　　Plaintiff,

V.

FDIC et al

　　　　　　Defendants.

**JUDGMENT IN A CIVIL CASE**

for Attorneys Fees

Case Number:  2:09-CV-1950 PMP-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

　IT IS ORDERED AND ADJUDGED

that Plaintiff Meritage Homes of Nevada's Motion for Attorneys Fees is GRANTED. Plaintiff is awarded attorneys fees in the amount of $18,644.50.

| August 30, 2010 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Eileen Sterba |
| | (By) Deputy Clerk |