# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MERITAGE HOMES OF NEVADA, INC., an Arizona corporation, f/k/a MTH-HOMES NEVADA, INC., ,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST NATIONAL BANK OF NEVADA, SUCCESSOR-IN-INTEREST TO FIRST NATIONAL BANK OF ARIZONA; and INCA CAPITAL FUND 37, LLC, an Arizona limited liability company,<br><br>Defendants. | 2:09-CV-01950-PMP-RJJ<br><br>**ORDER** |

Before the Court for consideration is Defendant's fully briefed Motion to Set Aside Default and to Vacate Default Judgment (Doc. #25), filed on October 14, 2010, and finding Defendant has failed to show good cause to warrant the relief requested, and good cause appearing,

**IT IS ORDERED that** Defendant the Federal Deposit Insurance Corporation's Motion to Set Aside Default and to Vacate Default Judgment (Doc. #25) is **DENIED**.

DATED: November 19, 2010.

_____
PHILIP M. PRO
United States District Judge