UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MERITAGE HOMES OF NEVADA, INC., f/k/a MTH-HOMES NEVADA, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.,*<br><br>  Defendants. | 2:09-CV-01950-PMP-RJJ<br><br>**<u>ORDER</u>** |

The Court having read and considered Plaintiff's fully briefed Motion to Strike Satisfaction of Judgment, Impose Cash Payment Liability, or, in the Alternative Issue Summons for Joint Obligors (Doc. #39) and Defendant Federal Deposit Insurance Corporation's ("FDIC") Countermotion for Order to Declaring Judgment Satisfied (Doc. #42), and finding that the Receivership Certificate on June 6, 2011 effectively satisfies the Judgment entered in this case, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Strike Satisfaction of Judgment, Impose Cash Payment Liability, or, in the Alternative Issue Summons for Joint Obligors (Doc. #39) is **DENIED**.

/ / /

/ / /

1      **IT IS FURTHER ORDERED** that the Judgment (Doc. #17) entered in
2 this case is hereby deemed satisfied by the Receivership Certificate issued by
3 Defendant FDIC.

5 DATED: December 27, 2011.

                                        */s/ Philip M. Pro*
                                  PHILIP M. PRO
                                  United States District Judge