UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MERITAGE HOMES OF NEVADA, INC., f/k/a MTH-HOMES NEVADA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.,* <br><br> Defendants. | 2:09-CV-01950-PMP-RJJ <br><br> **ORDER** |

The Court having read and considered Plaintiff's fully briefed Motion to Strike Satisfaction of Judgment, Impose Cash Payment Liability, or, in the Alternative Issue Summons for Joint Obligors (Doc. #39) and Defendant Federal Deposit Insurance Corporation's ("FDIC") Countermotion for Order to Declaring Judgment Satisfied (Doc. #42), and finding that the Receivership Certificate on June 6, 2011 effectively satisfies the Judgment entered in this case, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Strike Satisfaction of Judgment, Impose Cash Payment Liability, or, in the Alternative Issue Summons for Joint Obligors (Doc. #39) is **DENIED**.

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Judgment (Doc. #17) entered in this case is hereby deemed satisfied by the Receivership Certificate issued by Defendant FDIC.

DATED: December 27, 2011.

_____
PHILIP M. PRO
United States District Judge