UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MERITAGE HOMES OF NEVADA, INC., f/k/a MTH-HOMES NEVADA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.,* <br><br> Defendants. | 2:09-CV-01950-PMP-RJJ <br><br> **ORDER** |

Having read and considered Plaintiff's fully briefed Motion for Reconsideration (Doc. #45) and finding no good cause presented to warrant reconsideration of this Court's Order (Doc. #44) entered December 27, 2011, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration (Doc. #45) is **DENIED**.

DATED: February 23, 2012.

PHILIP M. PRO
United States District Judge